IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEATTLE CREDIT UNION, a Washington corporation,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>M/V ZEN, Official Number 107735, her engines, tackle, apparel, furniture and appurtenances, <u>In Rem</u>; and SCOTT R. HAGERMAN, <u>In Personam</u>,<br><br>　　　　　　　　　Defendants. | IN ADMIRALTY<br><br>NO. 21-1290<br><br>ORDER AUTHORIZING ISSUANCE OF WARRANT FOR ARREST |

　　　Upon the *ex parte* motion of plaintiff (Dkt. No. 7) and after review of the records and files herein, it is hereby ORDERED that the Clerk may issue a warrant for the arrest of the defendant vessel M/V Zen, Official Number 107735.

　　　DATED this 24th day of September, 2021.

　　　　　　　　　　　　　　　　　*/s/ Barbara J. Rothstein*
　　　　　　　　　　　　　　　　　Barbara Jacobs Rothstein
　　　　　　　　　　　　　　　　　U.S. District Court Judge

Presented by:
 /s/  Michael Siderius
Michael Siderius     WSBA 25510
SIDERIUS, LONERGAN & MARTIN, LLP
Attorneys for Plaintiff

ORDER AUTHORIZING ISSUANCE OF WARRANT– 1

SIDERIUS LONERGAN & MARTIN LLP
ATTORNEYS AT LAW
500 UNION STREET
SUITE 847
SEATTLE, WASHINGTON 98101
206/624-2800
Fax: 206/624-2805