IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEATTLE CREDIT UNION, a Washington corporation,<br><br>　　　　　　　　　　　Plaintiff,<br>vs.<br><br>M/V ZEN, Official Number 107735, her engines, tackle, apparel, furniture and appurtenances, <u>In Rem</u>; and SCOTT R. HAGERMAN, <u>In Personam</u>,<br><br>　　　　　　　　　　　Defendant. | IN ADMIRALTY<br><br>NO. 21-1290-BJR<br><br>ORDER APPOINTING MARINE LENDERS SERVICES, LLC SUBSTITUTE CUSTODIAN AND ORDER AUTHORIZING MOVEMENT OF VESSEL |

　　　　This matter comes before the Court on Plaintiff's Motion for Order Appointing Substitute Custodian.  Dkt. No. 4.  The U.S. Marshal's Office has informed the Court that it has reviewed the proposed order submitted by Plaintiff for this motion.

　　　　Plaintiff, Seattle Credit Union, by and through its attorney of record, Michael Siderius, having made appearance and made the following recitals:

　　　　1.　　　　On September 23, 2021 the Complaint herein was filed praying that the vessel M/V Zen, Official Number 107735, her engines, machinery, and appurtenances, etc., be condemned and sold to pay plaintiff's claims and for other proper relief.

ORDER APPOINTING MARINE LENDERS SERVICES, LLC
SUBSTITUE CUSTODIAN AND ORDER AUTHORIZING
MOVEMENT OF VESSEL – 1

SIDERIUS LONERGAN & MARTIN LLP
ATTORNEYS AT LAW
500 UNION STREET
SUITE 847
SEATTLE, WASHINGTON  98101
206/624-2800
Fax: 206/624-2805

2. The Clerk of the Court has been authorized to issue a Warrant for Arrest of Vessel commanding the United States Marshal for this District to arrest and take the defendant vessel into custody and to detain it in custody until further Order of this Court.

3. It is contemplated that the United States Marshal will seize the defendant vessel forthwith.  Custody by the U.S. Marshal requires the services of one or more keepers at a charge of $300.00 or more per day for the keepers alone and not including charges for moorage and the other services usually associated with safekeeping vessels similar to the defendant vessel.

4. The defendant vessel is currently moored at Marina Mart, 1264 Westlake Avenue North, Seattle, Washington. In the discretion of the substitute custodian, immediately after arrest it may be moved to the facility of Marine Lenders Services, LLC at 5350 - 30th Avenue NW, Seattle, Washington.

5. Plaintiff is agreeable to allow Marine Lenders Services, LLC to assume the responsibility of safekeeping said vessel and Marine Lenders Services, LLC has consented to act as her custodian until further Order of this Court.  Fees and expenses to be charged by Marine Lenders Services, LLC will be substantially less than the cost of leaving the defendant vessel in the custody of the U.S. Marshal.

6. Buck Fowler, Jr. by declaration avers that Marine Lenders Services, LLC has no interest in the outcome of this lawsuit, can arrange for adequate facilities and supervision for the proper safekeeping of the vessel, and has obtained liability insurance with policy limits of not less than $1,000,000.00 which is expected to be adequate to respond in damages for loss or injury to the defendant vessel or for damages sustained by third parties due to any acts, faults, or negligence of said

ORDER APPOINTING MARINE LENDERS SERVICES, LLC
SUBSTITUE CUSTODIAN AND ORDER AUTHORIZING
MOVEMENT OF VESSEL – 2

SIDERIUS LONERGAN & MARTIN LLP
ATTORNEYS AT LAW
500 UNION STREET
SUITE 847
SEATTLE, WASHINGTON  98101
206/624-2800
Fax: 206/624-2805

1  substitute custodian.  Further, in his declaration, Buck Fowler, Jr., on behalf of Marine

2  Lenders Services, LLC, agrees to accept custody of the defendant vessel and its

3  equipment which is the subject of the action herein, in accordance with the terms of

4  this Order.

5       7.     In consideration of the U.S. Marshal's consent to the appointment of

6  Marine Lenders Services, LLC, plaintiff agrees to release the United States and the

7  U.S. Marshal from any and all liability and responsibility arising out of the care and

8  custody of the defendant vessel and its equipment, from the time the U.S. Marshal

9  transfers custody of the vessel over to the substitute custodian, and plaintiff further

10 agrees to indemnify and hold the United States and the U.S. Marshal harmless from

11 any and all claims whatsoever arising out of the substitute custodian's possession and

12 safekeeping.

13       THEREFORE, IT IS ORDERED that the U.S. Marshal for the Western District of

14 Washington be, and is authorized and directed, upon the seizure of said defendant

15 vessel, its engines, tackle, and all other necessaries thereunder appertaining and

16 belonging, pursuant to the Warrant for Arrest, to surrender the custody thereof to

17 Marine Lenders Services, LLC as substitute custodian, and that upon such surrender

18 the U.S. Marshal shall be discharged from all duties and responsibilities for the

19 safekeeping of said vessel and held harmless from any and all claims arising out of

20 said custodial services.

21       IT IS FURTHER ORDERED that Marine Lenders Services, LLC, as substitute

22 custodian, shall see to and be responsible for the safekeeping of the defendant vessel.

23 Duties of the substitute custodian shall include, but are not limited to, ensuring that

24 there is adequate, safe moorage for the defendant vessel.  The substitute custodian is

ORDER APPOINTING MARINE LENDERS SERVICES, LLC
SUBSTITUE CUSTODIAN AND ORDER AUTHORIZING
MOVEMENT OF VESSEL – 3

SIDERIUS LONERGAN & MARTIN LLP
ATTORNEYS AT LAW
500 UNION STREET
SUITE 847
SEATTLE, WASHINGTON 98101
206/624-2800
Fax: 206/624-2805

1  not required to have a person live on board the defendant vessel, but an officer or
2  authorized agent of the substitute custodian shall go on board from time to time to
3  carry out the duties of substitute custodian.  No other person shall be allowed to enter
4  on the defendant vessel except as provided for herein or as otherwise expressly
5  authorized by Order of this Court.

6  IT IS FURTHER ORDERED that the defendant vessel may be moved by tug or
7  other safe means from its present moorage to adequate, safe moorage at the facilities
8  of the substitute custodian on the Lake Washington Ship Canal, Seattle, Washington.
9  The substitute custodian shall notify the Office of the U.S. Marshal that the vessel is to
10 be moved and shall again notify the Office of the U.S. Marshal when the vessel has
11 been moved.  Once the vessel has been moved to the facilities of the substitute
12 custodian, the defendant vessel shall not be moved again without further Order of the
13 Court.

14 IT IS FURTHER ORDERED that Marine Lenders Services, LLC, as substitute
15 custodian, may, but is not required to, retain a marine engineer familiar with the vessel
16 and to take him on board the vessel with authorized agents of Marine Lenders
17 Services, LLC to assist in the securing of the vessel.

18 IT IS FURTHER ORDERED that Marine Lenders Services, LLC, as substitute
19 custodian, may, but is not required to, remove those pieces of electronic equipment on
20 board the vessel, if any, which may be easily removed without damage to the vessel,
21 and that such removed electronic equipment shall be stored in a safe, secure storage
22 pending further Order of this Court.

23 IT IS FURTHER ORDERED that Marine Lenders Services, LLC, as substitute
24 custodian, may, but is not required to, retain such services as are necessary to clean

ORDER APPOINTING MARINE LENDERS SERVICES, LLC
SUBSTITUE CUSTODIAN AND ORDER AUTHORIZING
MOVEMENT OF VESSEL – 4

SIDERIUS LONERGAN & MARTIN LLP
ATTORNEYS AT LAW
500 UNION STREET
SUITE 847
SEATTLE, WASHINGTON 98101
206/624-2800
Fax: 206/624-2805

1  the interior and/or exterior of the vessel, with such cleaning services to be performed
2  under the supervision of the substitute custodian.

3  IT IS FURTHER ORDERED that plaintiff shall arrange to pay charges for
4  moorage of the vessel, shall pay the fees and costs of the substitute custodian and
5  shall reimburse the substitute custodian for costs in securing the vessel, in conducting
6  the inventory of the equipment on board, in securing the vessel, in having the vessel
7  cleaned, and for moving the vessel.

8  IT IS FURTHER ORDERED that all authorized expenses, hereafter approved
9  by the Court, for moorage in an amount not to exceed $11.00 per foot per month, for
10 securing and inventory of the vessel in an amount not to exceed $516.00, for custody
11 of the vessel and its equipment in an amount not to exceed $100.00 per week, for
12 charges for moving the vessel, for charges for securing the vessel, for charges for
13 cleaning the vessel and for insurance on the vessel, which are incurred by the
14 substitute custodian or plaintiff for the safekeeping of the defendant vessel and its
15 equipment, shall be deemed administrative expenses of the U.S. Marshal.

16 IT IS FURTHER ORDERED that plaintiff's attorney shall send a copy of this
17 Order to the owner of the defendant vessel at the last address known by plaintiff by
18 certified mail, return receipt requested.

19
20
21
22
23
24

ORDER APPOINTING MARINE LENDERS SERVICES, LLC
SUBSTITUE CUSTODIAN AND ORDER AUTHORIZING
MOVEMENT OF VESSEL – 5

SIDERIUS LONERGAN & MARTIN LLP
ATTORNEYS AT LAW
500 UNION STREET
SUITE 847
SEATTLE, WASHINGTON 98101
206/624-2800
Fax: 206/624-2805

DATED this 24th day of September, 2021.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

/s/ Michael Siderius
Michael Siderius,     WSBA 25510
SIDERIUS, LONERGAN & MARTIN, LLP
Attorneys for Plaintiff

ORDER APPOINTING MARINE LENDERS SERVICES, LLC
SUBSTITUE CUSTODIAN AND ORDER AUTHORIZING
MOVEMENT OF VESSEL – 6

SIDERIUS LONERGAN & MARTIN LLP
ATTORNEYS AT LAW
500 UNION STREET
SUITE 847
SEATTLE, WASHINGTON 98101
206/624-2800
Fax: 206/624-2805