UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEATTLE CREDIT UNION, a Washington corporation,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>M/V ZEN, Official Number 1077385, her engines, tackle, apparel, furniture and appurtenances, <u>In Rem</u>; and SCOTT R. HAGERMAN, <u>In Personam</u><br><br>　　　　　　　　　　　　　Defendants. | IN ADMIRALTY<br><br>NO.  21-1290<br><br><br>DEFAULT JUDGMENT *IN PERSONAM* |

　　　THIS MATTER having come on upon the motion of Plaintiff and the Court having considered the motion, the affidavit of Matthew Westfall of Seattle Credit Union, and the records and files herein, and an Order of Default *In Personam* having been previously entered and, the court being fully advised of the premises, now makes the following finding:

　　　Plaintiff is entitled to judgment against the *in personam* defendant, Scott R. Hagerman, no appearance or answer having been filed, in the amount of $68,754.03, plus administrative expenses and attorneys' fees and costs in the sum of $12,927.92 for a total judgment of $81,681.95.

　　　NOW, THEREFORE,

　　　IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Seattle Credit Union, plaintiff, shall have judgment against Scott R. Hagerman *in personam* for $81,681.95; and

DEFAULT JUDGMENT IN PERSONAM - 1

SIDERIUS LONERGAN & MARTIN, LLP
ATTORNEYS AT LAW
500 UNION STREET
SUITE 847
SEATTLE, WASHINGTON 98101
(206) 624-2800
FAX (206) 624-2805

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this judgment shall bear interest at the federal rate from March 22, 2024, until paid.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

 /s/  Michael Siderius
Michael Siderius,   WSBA #25510
SIDERIUS, LONERGAN & MARTIN, LLP
Attorneys for Plaintiff

DEFAULT JUDGMENT IN PERSONAM - 2

SIDERIUS LONERGAN & MARTIN, LLP
ATTORNEYS AT LAW
500 UNION STREET
SUITE 847
SEATTLE, WASHINGTON 98101
(206) 624-2800
FAX (206) 624-2805